

**U.S. Department of Justice**

Civil Rights Division

NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

---

CERTIFIED MAIL
5069 0663

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson, EMP, PHB, Room 4239*
*Washington, DC 20530*

November 8, 2007                    **08 C 721**

Ms. Linda Sronkoski
c/o Josh Friedman, Esquire
Attorney at Law
120 South State St., Ste. 200
Chicago, IL  60603

Re:  EEOC Charge Against Schaumburg School District No. 54            **JUDGE GRADY**
     No. 440200705169                                           **MAGISTRATE JUDGE BROWN**

Dear Ms. Sronkoski:

Because you filed the above charge with the Equal Employment
Opportunity Commission, and the Commission has determined that it
will not be able to investigate and conciliate that charge within
180 days of the date the Commission assumed jurisdiction over the
charge and the Department has determined that it will not file any
lawsuit(s) based thereon within that time, and because you through
your attorney have specifically requested this Notice, you are
hereby notified that you have the right to institute a civil action
under Title I of the Americans with Disabilities Act of 1990, 42
U.S.C. 12111, et seq., against the above-named respondent.

If you choose to commence a civil action, such suit must be
filed in the appropriate Court within 90 days of your receipt of
this Notice.

This Notice should not be taken to mean that the Department of
Justice has made a judgment as to whether or not your case is
meritorious.

Sincerely,

Rena J. Comisac
Acting Assistant Attorney General
Civil Rights Division

by  *Karen L. Ferguson*

Karen L. Ferguson
Supervisory Civil Rights Analyst
Employment Litigation Section

cc:  Chicago District Office, EEOC
     Schaumburg School District No. 54

EXHIBIT A