AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 721**

SUMMONS IN A CIVIL CASE

LINDA SRONKOSKI

CASE NUMBER:

V.

ASSIGNED JUDGE:

SCHAUMBURG SCHOOL DISTRICT No. 54

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GRADY**
**MAGISTRATE JUDGE BROWN**

TO: (Name and address of Defendant)

SCHAUMBURG SCHOOL DISTRICT No. 54
524 East Schaumburg Road
Schaumburg, IL 60194

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Josh Friedman
The Law Offices of Josh Friedman
120 S. State St., Suite 200
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

February 1, 2008
Date

IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Linda Sronkoski

vs.

Schaumburg School District No. 54

Case Number   08 C 721

### AFFIDAVIT OF SERVICE

I, Ryan Flaska, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 07 day of February, 2008, at 02:02 PM at 524 East Schaumburg Rd., Schaumburg, IL 60194, did serve the following document(s):

**Summons and Complaint**

Upon:  **Schaumburg School District No. 54**

By:  ✔ Personally serving to:   Janette Peterson-Adm. Asst.-Business Services

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 524 East Schaumburg Rd., Schaumburg, IL 60194 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **42** |
|---|---|---|---|---|---|---|
| | Height | **5'5** | Weight | **135** | Hair Color | **Brown** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Ryan Flaska
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101