**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No.:  08 C 721 |
| LINDA SRONKOSKI<br>         Plaintiff, | Honorable Judge John F. Grady |
| | Magistrate Judge Geraldine Brown |
| vs. | |
| SCHAUMBURG SCHOOL DISTRICT 54<br>         Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**SCHAUMBURG SCHOOL DISTRICT 54**

| |
|---|
| NAME(Type or Print)<br>Dana Fattore Crumley |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Dana Fattore Crumley |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, IL   60606 |

| | |
|---|---|
| ID NUMBER (See Item 3 in Instructions)<br>06274759 | TELEPHONE NUMBER<br>Phone:  (312) 786-6583 Fax:  (312) 986-9192 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE    YES  ☒          NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES  ☐          NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES ☐          NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br>RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |

370766.1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing **Appearance** on behalf of Defendant Schaumburg School District 54 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Josh Friedman
The Law Offices of Josh Friedman
120 South State Street
Suite 200
Chicago, IL 60603

Joan E. Maloney
The Law Offices of Joan Maloney, LLC
2300 West Wabansia Avenue
Suite 221
Chicago, IL60647-6787

s/ Dana Fattore Crumley
06274759
Attorney for SCHAUMRBUG SCHOOL DISTRICT 54
Franczek Sullivan P.C.
300 South Wacker Drive Suite 3400
Chicago, IL  60606
(312) 986-0300
(312) 986-9192
dfc@franczek.com

Dated: February 27, 2008