UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA SRONKOSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 08 C 721 |
| v. | ) |
| | ) Judge John F. Grady |
| SCHAUMBURG SCHOOL | ) |
| DISTRICT 54, | ) Magistrate Judge Geraldine Brown |
| | ) |
| Defendant. | ) |

DEFENDANT'S MOTION TO DISMISS COUNT II
(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)
FROM PLAINTIFF'S COMPLAINT

Defendant, SCHAUMBURG SCHOOL DISTRICT NO. 54 (hereinafter referred to as the "District"), by and through its attorneys, Franczek Sullivan P.C., moves to dismiss Count II (intentional infliction of emotional distress) from Plaintiff Linda Sronkoski's Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. In support of its motion, the District submits an accompanying memorandum of law and states as follows:

1. Plaintiff Linda Sronkoski (hereinafter "Sronkoski"), a former special education teacher's assistant employed by the District, has filed a two-count Complaint alleging disability discrimination under the Americans with Disabilities Act ("ADA") (Count I), and pursuant to this Court's supplemental jurisdiction under 28 U.S.C. §1391, a state law claim under the common law of the State of Illinois for intentional infliction of emotional distress ("IIED") (Count II). Sronkoski's claims are based on her discharge and alleged conduct by the District while she was employed.

370703.2

2. The District now moves to dismiss Sronkoski's IIED claim under Count II.

3. These claims should be dismissed because Sronkoski attempts to parlay disability discrimination claims into a state common law claim of IIED. Because this state law claim is premised entirely on the exact same allegations that form the basis of Plaintiff's claim of discrimination, they are preempted by the Illinois Human Rights Act.

4. Plaintiff's IIED claim is also time-barred under the Illinois Tort Immunity Act.

5. Additionally, Plaintiff fails to allege the essential elements of a claim for IIED. The factual allegations that are asserted in her Complaint confirm that the conduct alleged falls far short of the type of conduct that could give rise to a claim for IIED.

6. As a result, Plaintiff's IIED claim must be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

WHEREFORE, for all of the foregoing reasons and for the reasons stated in Schaumburg School District No. 54's supporting Memorandum of Law, the District respectfully requests that this Court dismiss Count II (intentional infliction of distress) from Plaintiff's Complaint with prejudice, and in its entirety, along with any other relief that this Court deems just and appropriate.

        Respectfully submitted,

        SCHAUMBURG SCHOOL
        DISTRICT NO. 54


By:  **s/Dana Fattore Crumley**
      One of its Attorneys

Dana Fattore Crumley - 06274759
Julie Miceli - 06293378, OH – 0078257
Franczek Sullivan P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606-6783
(312) 986-0300
(312) 986-9192

Dated:  February 27, 2008

3

370703.2

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing **Motion to Dismiss Count II (Intentional Infliction of Emotional Distress) From Plaintiff's Complaint and its Memorandum of Law in Support** of said motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Josh Friedman
>The Law Offices of Josh Friedman
>120 South State Street
>Suite 200
>Chicago, IL 60603
>
>Joan E. Maloney
>The Law Offices of Joan Maloney, LLC
>2300 West Wabansia Avenue
>Suite 221
>Chicago, IL 60647-6787

>**s/ Dana Fattore Crumley**
>06274759
>Attorney for SCHAUMBURG SCHOOL DISTRICT No. 54
>Franczek Sullivan P.C.
>300 South Wacker Drive Suite 3400
>Chicago, Illinois  60606
>(312) 986-0300
>(312) 986-9192
>dfc@franczek.com