UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **LINDA SRONKOSKI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) **CASE NO. 08 C 721** |
| v. | ) |
| | ) **Judge John F. Grady** |
| **SCHAUMBURG SCHOOL** | ) |
| **DISTRICT 54,** | ) **Magistrate Judge Geraldine Brown** |
| | ) |
| Defendant. | ) |

## NOTICE OF MOTION

To:  Josh Friedman  
     The Law Offices of Josh Friedman  
     120 South State Street  
     Suite 200  
     Chicago, IL 60603

Joan E. Maloney  
The Law Offices of Joan Maloney, LLC  
2300 West Wabansia Avenue  
Suite 221  
Chicago, IL 60647-6787

PLEASE TAKE NOTICE that on **Wednesday, March 5, 2008 at 11:00 a.m.,** we shall appear before the **Honorable Judge John F. Grady, Room 2201**, of the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present **Defendant's Motion to Dismiss Count II (Intentional Infliction of Emotional Distress from Plaintiff's Complaint**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

SCHAUMBURG SCHOOL DISTRICT 54

By: s/Dana Fattore Crumley

Dana Fattore Crumley - 06274759  
Julie Miceli - 06293378, OH – 0078257  
Franczek Sullivan P.C.  
300 South Wacker Drive  
Suite 3400  
Chicago, Illinois 60606-6783  
(312) 986-0300  
(312) 986-9192

Dated:  February 27, 2008

370806.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, I electronically filed the foregoing, Notice of Motion, **Motion to Dismiss Count II (Intentional Infliction of Emotional Distress) From Plaintiff's Complaint and its Memorandum of Law in Support** of said motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Josh Friedman
> The Law Offices of Josh Friedman
> 120 South State Street
> Suite 200
> Chicago, IL 60603
>
> Joan E. Maloney
> The Law Offices of Joan Maloney, LLC
> 2300 West Wabansia Avenue
> Suite 221
> Chicago, IL 60647-6787

> <u>s/ Dana Fattore Crumley</u>
> 06274759
> Attorney for SCHAUMBURG SCHOOL
> DISTRICT No. 54
> Franczek Sullivan P.C.
> 300 South Wacker Drive Suite 3400
> Chicago, Illinois  60606
> (312) 986-0300
> (312) 986-9192
> dfc@franczek.com

370806.1