UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Linda Sronkoski
                               Plaintiff,

v.                                                    Case No.: 1:08−cv−00721
                                                        Honorable John F. Grady

Schaumburg School District No. 54
                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 5, 2008:

      MINUTE entry before Judge John F. Grady :Motion to dismiss [9] is entered and continued until further order of court. Motion hearing held on 3/5/2008 regarding motion to dismiss[9]. Response to motion to dismiss due by 04/02/08; reply due by 04/16/08. Status hearing set for 7/2/2008 at 11:00 AM. Discovery ordered to close 6/30/08.Mailed notice(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.