**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case No.: 08 C 721 |
| LINDA SRONKOSKI<br>　　　　Plaintiff, | Honorable Judge John F. Grady |
| | Magistrate Judge Geraldine Brown |
| vs. | |
| SCHAUMBURG SCHOOL DISTRICT 54<br>　　　　Defendants. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**SCHAUMBURG SCHOOL DISTRICT 54**

| |
|---|
| NAME(Type or Print)<br>Julie Miceli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Julie Miceli |
| FIRM<br>Franczek Sullivan P.C. |
| STREET ADDRESS<br>300 South Wacker Drive, Suite 3400 |
| CITY/STATE/ZIP<br>Chicago, IL   60606 |

| | |
|---|---|
| ID NUMBER (See Item 3 in Instructions)<br>06293378 | TELEPHONE NUMBER<br>Phone:  (312) 786-6159 Fax:  (312) 986-9192 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE     YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES V | NO ☒ |

| |
|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?<br>YES  V　　　　NO ☒ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS:<br>RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |

371288.1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2008, I electronically filed the foregoing **Appearance** on behalf of Defendant Schaumburg School District 54 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Josh Friedman
>The Law Offices of Josh Friedman
>120 South State Street
>Suite 200
>Chicago, IL 60603
>
>Joan E. Maloney
>The Law Offices of Joan Maloney, LLC
>2300 West Wabansia Avenue
>Suite 221
>Chicago, IL 60647-6787

>s/ Julie Miceli
>06293378
>Attorney for SCHAUMRBUG SCHOOL DISTRICT 54
>Franczek Sullivan P.C.
>300 South Wacker Drive Suite 3400
>Chicago, IL 60606
>(312) 986-0300
>(312) 986-9192
>dfc@franczek.com
>
>Dated: March 13, 2008

371288.1