UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LINDA SRONKOSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 08 C 721 |
| v. ) | |
| ) | Judge John F. Grady |
| SCHAUMBURG SCHOOL ) | |
| DISTRICT 54, ) | Magistrate Judge Geraldine Brown |
| ) | |
| Defendant. ) | |

JOINT STIPULATION TO DISMISS COUNT II
(INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS)
FROM PLAINTIFF'S COMPLAINT

Plaintiff, Linda Sronkoski (hereinafter "Sronkoski"), by and through her attorney, and Defendant SCHAUMBURG SCHOOL DISTRICT NO. 54, (hereinafter the "District"), by and through its attorneys, Franczek Sullivan P.C., jointly stipulate to dismiss Count II (Intentional Infliction of Emotional Distress) from Sronkoski's Complaint pursuant to Rule 41 of the Federal Rules of Civil Procedure. In support of its Stipulation, the Parties states as follows:

1. Sronkoski filed a two-count Complaint alleging disability discrimination under the Americans with Disabilities Act ("ADA") (Count I) and a state law claim under the common law of the State of Illinois for Intentional Infliction of Emotional Distress ("IIED") (Count II).

2. On February 27, 2008, the District answered Sronkoski's Complaint and moved to dismiss Sronkoski's IIED claim under Count II.

3. The Plaintiff has agreed to dismiss her IIED Claim under Count II.

374291.2

4. Accordingly, the Parties jointly stipulate to dismissal of Plaintiff's IIED Claim under Count II.

5. The parties further stipulate that they are each to bear their own costs with respect to Count II.

Respectfully submitted,

LINDA SRONKOSKI

By: **s/Josh Friedman**
    Her Attorney

SCHAUMBURG SCHOOL DISTRICT NO. 54

By: **s/Julie Miceli**
    One of its Attorneys

| | |
|---|---|
| Dana Fattore Crumley – 06274759<br>Julie Miceli - 06293378, OH – 0078257<br>Franczek Sullivan P.C.<br>300 South Wacker Drive<br>Suite 3400<br>Chicago, Illinois 60606-6783<br>(312) 986-0300<br>(312) 986-9192 | Josh M. Friedman – 6220313<br>The Law Offices of Josh M. Friedman<br>120 South State Street<br>Suite 200<br>Chicago, Illinois 60603<br>(312) 727-0999<br><br>Joan E. Maloney – 6225530<br>The Law Office of Joan Maloney, LLC<br>1834 W. Rice St., Suite A<br>Chicago, Illinois 60622<br>(773) 391-4516 |

Dated: April 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing **Joint Stipulation to Dismiss Count II (Intentional Infliction of Emotional Distress) From Plaintiff's Complaint** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Josh Friedman
The Law Offices of Josh Friedman
120 South State Street
Suite 200
Chicago, IL 60603

Joan E. Maloney
Law Office of Joan Maloney
1834 W. Rice St., Suite A
Chicago, IL 60622

s/ Julie Miceli
6293378
Attorney for SCHAUMBURG SCHOOL DISTRICT No. 54
Franczek Sullivan P.C.
300 South Wacker Drive Suite 3400
Chicago, Illinois  60606
(312) 986-0300
(312) 986-9192
jm@franczek.com

374291.2