UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA SRONKOSKI, | ) | |
| | ) | |
| | ) | No. 08 CV 721 |
| | ) | |
| Plaintiff, | ) | Judge Grady |
| | ) | |
| vs. | ) | Magistrate Judge Brown |
| | ) | |
| SCHAUMBURG SCHOOL DISTRICT 54, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE**

Now comes Plaintiff, LINDA SRONKOSKI, by and through one of her attorneys, JOSH FRIEDMAN, and respectfully requests that this Court extend fact discovery in this matter until September 30, 2008. In support of this motion, Plaintiff states as follows:

1. This is an employment discrimination action by Plaintiff seeking relief under the Americans with Disabilities Act.

2. Fact discovery is scheduled to close on June 30, 2008.

3. Due to the misdocketing of the discovery deadline, Plaintiff failed to serve her discovery requests on defendant until June 27, 2008.

4. Defendant has identified numerous witnesses in its Rule 26 Disclosure, and Plaintiff will need additional time to obtain

       discovery from Defendant and take approximately 8 depositions in this case.

5.    As Defendant has not yet sought to take any depositions to date, Defendant would not be prejudiced by this motion.

WHERFORE, for the foregoing reasons, Plaintiff respectfully requests that this Court grant the parties until September 30, 2008 to complete fact discovery in this matter.

               LINDA SRONKOSKI,

               By: /s/ Josh Friedman_____
                   One of her attorneys

JOSH M. FRIEDMAN
Law Offices of Josh M. Friedman
53 West Jackson Blvd.
Suite 840
Chicago, IL 60604
(312) 886-0277
A.R.D.C. No. 6220313

JOAN E. MALONEY
Law Office of Joan Maloney, LLC
1834 W. Rice, Unit A
Chicago, IL 60622

**CERTIFICATE OF SERVICE**

      I, Josh Friedman, attorney for Plaintiff, hereby certify that I served a copy of the foregoing Motion for Extension of Discovery Deadline by this Court's ECF System on this 27th day of June, 2008, on the following individual:

Dana Fattore Crumley
Franczek Sullivan P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606-6783
Attorney for Defendant

/s/ Josh Friedman_____