UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LINDA SRONKOSKI, | ) | |
| | ) | |
| | ) | No. 08 CV 721 |
| | ) | |
| Plaintiff, | ) | Judge Grady |
| | ) | |
| vs. | ) | Magistrate Judge Brown |
| | ) | |
| SCHAUMBURG SCHOOL DISTRICT 54, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

On **Wednesday July 2, 2008 at 11:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before Judge Grady, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 2201, 219 South Dearborn Street Chicago, Illinois 60604, and present **Plaintiff's Motion to Extend Discovery Cutoff**, a copy of which is attached and hereby served upon you.

June 27, 2008

                                LINDA SRONKOSKI,


                                By:  /s/ Josh Friedman_____
                                   One of her attorneys


JOSH M. FRIEDMAN
Law Offices of Josh M. Friedman
53 West Jackson Blvd.
Suite 840
Chicago, IL 60604

1

(312) 886-0277
A.R.D.C. No. 6220313

JOAN E. MALONEY
Law Office of Joan Maloney, LLC
1834 W. Rice, Unit A
Chicago, IL 60622

**CERTIFICATE OF SERVICE**

      I, Josh Friedman, attorney for Plaintiff, hereby certify that I served a copy of the foregoing Notice of Motion for Extension of Discovery Deadline by this Court's ECF System on this 27th day of June, 2008, on the following individual:

Dana Fattore Crumley
Franczek Sullivan P.C.
300 South Wacker Drive
Suite 3400
Chicago, Illinois 60606-6783
Attorney for Defendant


/s/ Josh Friedman_____