# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 721 | **DATE** | 7/2/2008 |
| **CASE TITLE** | Sronkoski vs. Schaumburg School District | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 11/12/08 at 11:00 a.m. Hearing on plaintiff's motion to extend discovery cutoff held. Said motion is granted. Discovery extended to 10/31/08.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | JD |
|---|---|---|